```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 13269
    ECTOR VENTURA-ALANIZ
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-8682


----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/25/07 and confirmed on 10/03/07.

    2.  The case was dismissed after confirmation, 03/28/2008.

    3.  The Debtor paid a total of $   6770.00 .

    4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST       PRINCIPAL
                                                           PAID           PAID
----------------------------------------------------------------------
COUNTRYWIDE FINANCIAL      CURRENT MORTG         .00           .00            .00
WELLS FARGO HOME MTGE      CURRENT MORTG         .00           .00            .00
WELLS FARGO HOME MTGE      MORTGAGE ARRE    35718.47           .00        1931.40
PREMIER BANKCARD/CHARTER   FILED LATE            .00           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED         471.47           .00            .00
PLAINS COMMERCE BANK       UNSECURED       NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          52.20           .00            .00
ROUNDUP FUNDING LLC        UNSECURED         221.97           .00            .00
         Summary of disbursements:
----------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED      OTHER         TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED  35718.47        .00      745.64         .00       36464.11
PRINCIPAL PAID       1931.40        .00         .00         .00        1931.40
INTEREST PAID            .00        .00         .00         .00             .00
TOTAL PAID           1931.40        .00         .00         .00        1931.40
The Debtor's attorney, MCGRATH & VELAZQUEZ         , was allowed $    3500.00
and was paid $   1726.00   direct and $   1774.00   through the plan.

The Trustee received $     174.60 .

Refunds to the Debtor totaled $   2890.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




    Dated: 06/24/08                    /S/
                                   GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 13269 ECTOR VENTURA-ALANIZ